Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY WOCHOS, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> TESLA, INC., ELON R. MUSK, DEEPAK AHUJA, and JASON WHEELER, <br><br> Defendants. | Case No.: 3:17-cv-05828-CRB <br><br><br> **SCHEDULING STIPULATION AND [PROPOSED] ORDER** |

WHEREAS, by Order dated February 2, 2018 (ECF No. 21), Pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), this Court appointed Kurt Friedman as "Lead Plaintiff" in this securities class action and approved his selection of The Rosen Law Firm, P.A., as Lead Counsel; and

WHEREAS, following the appointment of Lead Plaintiff and Lead Counsel, the parties have met and conferred and agreed on a schedule for Lead Plaintiff to file an amended complaint and for Defendants' responses thereto;

NOW THEREFORE, the parties stipulate and agree as follows:

1. Lead Plaintiff shall file his Amended Complaint on or before March 23, 2015;

2. Defendants shall answer or otherwise respond to the Amended Complaint on or before May 25, 2018;

3. If any Defendant files a motion to dismiss the Amended Complaint, Lead Plaintiff shall file any opposition thereto on or before July 11, 2018;

4. Any Defendant who files a motion to dismiss may file a reply on or before August 17, 2018.

Dated: February 9, 2018                **FENWICK & WEST LLP**

/s/ *Jennifer Bretan*
Jennifer Bretan
555 California Street, 12th Floor
San Francisco, CA  94104
T: 415-875-2300
F: 415-281-1450
jbretan@fenwick.com

*Counsel for Defendants*

**THE ROSEN LAW FIRM, P.A.**

/s/ *Jacob A. Goldberg*
Jacob A. Goldberg (*pro hac vice*)
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
T: 215-600-2817
F: 212-226-4684
jgoldberg@rosenlegal.com

Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

***Lead Counsel for Lead Plaintiff and the Putative Class***

Pursuant to Civil Local Rule 5-1(i)(3), all signatories concur in filing this stipulation.

/s/ *Jacob A. Goldberg*
Jacob A. Goldberg (*pro hac vice*)

## **[PROPOSED] ORDER**

Upon stipulation of the parties, and good cause appearing:

IT IS SO ORDERED.

Dated: February ___, 2018

_____
The Honorable Charles R. Breyer
United States District Judge